IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **10-cv-01765-AP**

**PHILLIP D. BAROS, JR.**,

    Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security**,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN**

---

1. **APPEARANCES OF COUNSEL**

| For Plaintiff: | For Defendant: |
|---|---|
| Larry R. Daves | John F. Walsh |
| 207 ½ Colorado Ave. | United States Attorney |
| P.O. Box 1026 | |
| La Junta, CO 81050 | Kevin T. Traskos |
| 719-384-5438 | Civil Chief |
| 719-384-8676 (facsimile) | United States Attorney's Office |
| ldaves@pcisys.net | District of Colorado |
| | |
| | Stephanie Lynn F. Kiley |
| | Special Assistant United States Attorney |
| | 1001 Seventeenth Street |
| | Denver, CO 80202 |
| | 303-844-0815 |
| | Stephanie.Kiley@ssa.gov |

2. **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

A. **Date Complaint Was Filed**: July 26, 2010

B. **Date Complaint Was Served on U.S. Attorney's Office**: July 28, 2010

C. **Date Answer and Administrative Record Were Filed**: September 29, 2010

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff states:** The administrative record is not complete. The record does not include the prior SSI filings of plaintiff.

**Defendant states**: The agency has declined to supplement the record with extra-record evidence that was not exhibited or considered by the ALJ and the hearing decision does not address evidence from the prior SSI claims.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff states:** He filed three prior claims but the record does not include these files.

**Defendant states:** The prior claims are not relevant to the issue before this Court.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**Plaintiff states:** This case does raise the issue of whether defendant maintains obstacles and /or policies which operated to deny plaintiff equal protection and/or due process on account of his mental retardation.

7. **OTHER MATTERS**

The parties are not aware of any additional matters which should be brought to the attention of the Court.

## 8. BRIEFING SCHEDULE

| | | |
|---|---|---|
| **A.** | Plaintiff's Opening Brief Due: | December 6, 2010 |
| **B.** | Defendant's Response Brief Due: | January 5, 2011 |
| **C.** | Plaintiff's Reply Brief Due: | January 20, 2011 |

## 9. STATEMENT REGARDING ORAL ARGUMENT

**A.** Plaintiff's Statement: Oral Argument is requested.

**B.** Defendant's Statement: Oral Argument is not requested.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE COURT

**A.** ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

**B.** (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C. COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

DATED this 18th day of October, 2010.

                                                  BY THE COURT:

                                                  *<u>s/John L. Kane</u>*
                                                  UNITED STATES DISTRICT JUDGE

APPROVED:

        John F. Walsh
        UNITED STATES ATTORNEY

        Kevin T. Traskos
        Acting Civil Chief
        United States Attorney's Office
        District of Colorado

| s/Larry R. Daves | s/ Stephanie Lynn F. Kiley |
|---|---|
| Larry R. Daves | Stephanie Lynn F. Kiley |
| P.O. Box 1026 | Special Assistant United States Attorney |
| La Junta, CO 81050 | 1001 Seventeenth Street |
| ldaves@pcisys.net | Denver, Colorado  80202 |
| 719-834-5438 | 303-844-0815 |
|  | 303-844-0770 facsimile |
| Attorney for Plaintiff | Stephanie.kiley@ssa.gov |
|  | Attorneys for Defendant |